## GRAY *v.* COAN.

ERROR TO THE SUPREME COURT OF THE STATE OF IOWA.

No. 481.   Argued December 15, 1871. — Decided December 18, 1871.

To give this court jurisdiction over the judgment of the highest court of a State, brought here by writ of error, it must appear that some question under the 25th section of the Judiciary Act was made by the pleadings, or passed upon by the court.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

This is a motion to dismiss a writ of error to the Supreme Court of Iowa.

On looking into the record we find no question under the 25th section of the Judiciary Act made by the pleadings or passed upon by the court; and we have often held that it must appear affirmatively from the record that such a question was made and passed upon before this court can acquire jurisdiction to review the judgment of a state court upon writ of error.

The motion must therefore be allowed and the writ of error must be.                                                *Dismissed.*

*Mr. Daniel Gray* for plaintiff in error.

*Mr. Walter I. Hayes* and *Mr. A. Y. Cotton* for defendants in error.

---

## DAVIDSON *v.* CONNELLY.

ERROR TO THE SUPREME COURT OF THE STATE OF MINNESOTA.

No. 510.   Submitted January 12, 1872. — Decided February 5, 1872.

A writ of error to a state court is dismissed because no question was decided by that court of which this court has jurisdiction under the 25th section of the Judiciary Act.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

On looking into the record we do not find that any question was decided in the state court of which we have jurisdiction under the 25th section of the Judiciary Act.   The writ of error therefore must be                                       *Dismissed.*

*Mr. Lorenzo Allis* for plaintiff in error.

*Mr. James Smith, Jr.,* for defendant in error.